Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ERNEST A. FEDERICO, dba PERKO'S CAFE, et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIM. | No. 2:13-cv-00272-WBS-CKD<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE HIS FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

**WHEREAS,** Plaintiff, Robert Kalani ("Plaintiff"), seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified at a site inspection of the subject property by Plaintiff, which took place on September 27, 2013;

**WHEREAS,** the Ninth Circuit both urges and requires Plaintiff to identify in his complaint all barriers identified which relate to his disability. *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 944 (9th Cir. 2011); *Oliver v. Ralphs Grocery Co.,* 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS**, the Parties have not commenced discovery, other than the inspection of the subject property by Plaintiff;

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

Page 1

1     **WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice defendants Highway 88 and 99 Land Company, a Limited Partnership; and Ernest A. Federico dba Perko's Cafe ("Defendants"), nor does the amendment in any way change the nature of the action;

    **WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's Status (Pretrial Scheduling) Order dated August 15, 2013 (ECF No. 21) pursuant to Fed. R. Civ. P. 16(b)(4);

    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

    **IT IS FURTHER STIPULATED** that Plaintiff file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' responses thereto shall be due as required by the Federal Rules of Civil Procedure.

    **IT IS SO STIPULATED**.

Dated: November 13, 2013     MOORE LAW FIRM, P.C.

    */s/ Tanya E. Moore*
    Tanya E. Moore
    Attorneys for Plaintiff
    Robert Kalani

Dated: November 15, 2013     JEFFER MANGELS BUTLER & MITCHELL LLP

    */s/ Matthew S. Kenefick*
    Matthew S. Kenefick
    Attorneys for Defendant and Cross-Complainant
    Highway 88 and 99 Land Company, a Limited Partnership

Dated: November 13, 2013     MICHAEL WELCH + ASSOCIATES

    */s/ Michael D. Welch*
    Michael D. Welch
    Attorneys for Defendant and Cross-Defendant
    Ernest A. Federico dba Perko's Cafe

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within the time required by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated:  November 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER