Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>         Plaintiff,<br><br>    vs.<br><br>ERNEST A. FEDERICO, dba PERKO'S CAFE; HIGHWAY 88 AND 99 LAND COMPANY, A LIMITED PARTNERSHIP;<br><br>         Defendants.<br><br>AND RELATED CROSS-CLAIM. | No. 2:13-cv-00272-WBS-CKD<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendant Ernest A. Federico, dba Perko's Café ("Federico") and Defendant Highway 88 and 99 Land Company, a limited partnership ("Highway 88"), the parties to this action, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's Complaint in above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs. Highway 88's Cross-Complaint against Federico will **not** be dismissed.

Date: June 18, 2014                     MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorneys for Plaintiff
                                        Robert Kalani

Date: June 18, 2014                     MICHAEL WELCH + ASSOCIATES


                                        */s/ Michael D. Welch*
                                        Michael D. Welch
                                        Attorneys for Defendant/Cross-Defendant
                                        Ernest A. Federico, dba Perko's Cafe

Date: June 18, 2014                     JEFFER MANGELS BUTLER
                                        & MITCHELL LLP


                                        */s/ Martin H. Orlick*
                                        Martin H. Orlick
                                        Attorneys for Defendant/Cross-Complainant
                                        Highway 88 and 99 Land Company,
                                        a limited partnership

*///*

*///*

*///*

*///*

STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that Plaintiff's Complaint in this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. Highway 88's Cross-Complaint against Federico is not dismissed.

**IT IS SO ORDERED**.

Dated:  June 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE