JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK (Bar No. 083908) morlick@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298) mkenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant Highway 88 and 99 Land Company, a
limited partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>            Plaintiff,<br><br>    v.<br><br>ERNIE FEDERICO dba PERKO'S CAFÉ;<br>HIGHWAY 88 and 99 LAND COMPANY, a<br>LIMITED PARTNERSHIP,<br>            Defendants.<br><br>AND RELATED CROSS-CLAIM | CASE NO.  2:13-cv-00272-WBS-CKD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT HIGHWAY 88 AND 99 LAND COMPANY'S CROSS-CLAIM**<br><br>Complaint filed: February 13, 2013 |

IT IS HEREBY STIPULATED by and between Cross-Complainant Highway 88 and 99 Land Company ("Cross-Complainant") and Cross-Defendant Earnest A. Federico, dba Perko's Café ("Cross-Defendant") the parties in the cross action, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41 (a)(1) (A) (ii), that the Cross-Complaint in the above-captioned action be dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

Date: January 26, 2015        JEFFER MANGELS BUTLER & MITCHELL LLP
                              MARTIN H. ORLICK
                              MATTHEW S. KENEFICK

                              By */s/ Matthew S. Kenefick*
                              MATTHEW S. KENEFICK, ESQ.
                              Attorney for Defendant/Cross-Complainant
                              HIGHWAY 88 and 99 LAND COMPANY, a
                              LIMITED PARTNERSHIP

Date: January 26, 2015				MICHAEL WELCH AND ASSOCIATES

By */s/ Michael D. Welch*
MICHAEL D. WELCH, ESQ.
Attorney for Defendant/Cross-Defendant Earnest A. Federico, dba Perko's Cafe

### ATTESTATION

The filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED: January 26, 2015				JEFFER MANGELS BUTLER & MITCHELL LLP


By: */s/ Matthew S. Kenefick*
MATTHEW S. KENEFICK
Attorneys for HIGHWAY 88 and 99 LAND COMPANY, a LIMITED PARTNERSHIP

### ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that Cross-Complainant's Cross-Claim in this action be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

**Dated:  January 30, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE